**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

LINDA GIUSTI-MANGIAMELI,                    No. C 06-3428 MMC

12          Plaintiff                        **ORDER DIRECTING PLAINTIFF TO**
                                             **LODGE CHAMBERS COPIES IN**
13                                           **COMPLIANCE WITH GENERAL**
         v.                                  **ORDER 45 AND THE COURT'S**
14                                           **STANDING ORDERS**

CITI MORTGAGE, INC.,

15          Defendant

16

_____/

17

18          On July 21, plaintiff Linda Giusti-Mangiameli electronically filed opposition to

19   defendant Citi Mortgage, Inc.'s motion to transfer venue.  Plaintiff has violated General

20   Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's

21   Office "no later than noon on the business day following the day that the papers are filed

22   electronically, one paper copy of each document that is filed electronically . . . marked

23   'Chambers Copy' and . . . clearly marked with the judge's name, case number, and

24   'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders

25   For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

26          Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

27   Standing Orders by immediately submitting a chambers copy of the above-referenced

28   document.  Plaintiff is hereby advised that if she fails in the future to comply with the

1   Court's Standing Order to provide chambers copies of electronically-filed documents, the

2   Court may impose sanctions, including, but not limited to, striking from the record any

3   electronically-filed document of which a chambers copy has not been timely provided to the

4   Court.

5       **IT IS SO ORDERED.**

6

7   Dated: August 1, 2006

8                                                   MAXINE M. CHESNEY
                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28